Case 3:14-cr-03265-AJB   Document 48   Filed 11/12/15   PageID.67   Page 1 of 1



FILED
NOV 1 2 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff
vs.

Aaron Ojeda,
        Defendant

14cr3265-AJB
CASE NO. ~~15~~CR3265-AJB

JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 11/12/15

_____
HONORABLE PETER C. LEWIS
United States Magistrate Judge